IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01429-MEH

MICHAEL PEREZ, individually and on behalf of others similarly situated,

    Plaintiff,

v.

GERRARD EXCAVATING, INC.,

    Defendant.

_____

**ORDER CLOSING CASE**
_____

Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed September 19, 2019; ECF 43]. The Court finds the Stipulation and terms of the dismissal proper. Therefore, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 19th day of September, 2019.

                                            BY THE COURT:

                                            Michael E. Hegarty
                                            United States Magistrate Judge